Commonwealth ex rel. Purnell, Appellant, *v.* Banmiller.

Submitted March 22, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Earl Purnell,* appellant, in propria persona.

*Patrick F. Casey* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, April 13, 1961:

The order of the court below is affirmed on the opinion of Judge GUERIN of the Court of Common Pleas No. 4 of Philadelphia County, as reported in 23 Pa. D. & C. 2d 652.